DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

HUFF v. CHRISMON

No. 362P84.

Case below: 68 N.C. App. 525.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 August 1984.

HUNTER v. ALCOHOLIC BEVERAGE CONTROL COMM.

No. 325P84.

Case below 68 N.C. App. 638.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 28 August 1984. Motion by ABC Commission to dismiss appeal for lack of substantial constitutional question allowed 28 August 1984.

IN RE CLARK v. JONES

No. 228P84.

Case below: 67 N.C. App. 516.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 28 August 1984.

IN RE DANIELS

No. 224P84.

Case below: 67 N.C. App. 533.

Petition by propounder for discretionary review under G.S. 7A-31 denied 28 August 1984.

IN RE DeLANCY

No. 262P84.

Case below: 67 N.C. App. 647.

Petition by DeLancy for discretionary review under G.S. 7A-31 denied 28 August 1984. Motion by State Board of Dental Examiners to dismiss appeal for lack of significant public interest allowed 28 August 1984.